UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SHENG-WEN CHENG,                                      :

                                                                                                                  :

                 Plaintiff,                                                 ORDER

                                                                                                                  :

     -v.-

                                                                                                                :    23 Civ. 3983 (AT) (GWG)

DEPARTMENT OF JUSTICE et al,                   :

               Defendants.                               :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The Court assumes that the next step in this case should be the filing of a summary judgment motion.  See, e.g., Bloomberg L.P. v. Bd. of Governors of Fed. Reserve System, 649 F. Supp. 2d 262, 271 (S.D.N.Y. 2009) ("Summary judgment is the preferred procedural vehicle for resolving FOIA disputes."); Families for Freedom v. U.S. Cust. and Border Protec., 797 F. Supp. 2d 375, 385 (S.D.N.Y. 2011) ("FOIA cases are generally and most appropriately resolved on motions for summary judgment.").  Accordingly, any motion for summary judgment shall be filed by September 8, 2023.  Any opposition shall be filed by October 6, 2023.  Any reply shall be filed by October 27, 2023.

       If either side believes that a summary judgment motion is not the appropriate next step in this case, that party may so state in the letter to the Court and offer a proposal as to the appropriate next step in this case.

       SO ORDERED.

Dated: August 7, 2023
       New York, New York

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge