Sheng-Wen Cheng
No. 05261-509
Federal Medical Center
PMB 4000
Rochester, MN, 55903

September 19, 2023

Hon. Analisa Torres
Hon. Gabriel Gorenstein
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY, 10007

Re: Cheng v. DOJ, et al., 23-cv-3983-AT-GWG

To Honorable Judge Torres and Gorenstein,

    This Honorable Court granted the government's request to file its summary judgement by October 23, 2023 on September 7, 2023, of which I did not receive the Court's order until September 18, 2023 due to the mailing delays.

    Nevertheless, I am hereby respectfully requesting this Honorable Court to suspend the new summary judgement briefing schedule, until my "Motion to Stay Pending Resolution of Criminal Case"-of which I filed it on September 14, 2023-is to be decided by this Court.

    I believe a stay of this case is warranted, because as explained in the Motion, this case significantly overlaps with Mr.Trump's criminal case, and it is in all parties' interests to stay this case until Mr. Trump's criminal case is resolved.

    I thank this Honorable Court for its attention and consideration of this letter.

    Respectfully Submitted,

Sheng-Wen Cheng

COMMITTED NAME: Sheng-Wen Cheng
REG. NO. & QTRS.: 05261-509
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

Legal Mail

⇔ 05261-509 ⇔
Daniel Patrick
Moynihan U.S. Courthouse
500 Pearl ST
NEW YORK, NY 10007
United States

SAINT PAUL MN 550
20 SEP 2023 19 1 L