UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------- X
                :

SHENG-WEN CHENG,              :       23 Civ. 3983 (AT) (GS)

              :
           Plaintiff,    :        ORDER

              :

      - against -      :

              :

DEPARTMENT OF JUSTICE and    :
FEDERAL BUREAU OF INVESTIGATION,  :

              :

        Defendants.   :

              :

--------------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On May 3, 2024 the Government moved for summary judgment and submitted a Certificate of Service representing that its Notice of Motion and supporting papers were mailed to Plaintiff, who is proceeding *pro se* and *in forma pauperis*, at his address on record. (Dkt. Nos. 48–52). To date, however, the Government has not indicated to the Court that it provided Plaintiff with notice under Local Civil Rule 56.2, which provides, in pertinent part:

> Any represented party moving for summary judgment against a party proceeding *pro se* shall serve and file as a separate document, together with the papers in support of the motion, the following "Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment" with the full texts of Fed. R. Civ. P. 56 and Local Civil Rule 56.1 attached.

The Government is therefore directed to inform the Court by no later than **Friday, July 19, 2024** whether it served a Local Civil Rule 56.2 notice on Plaintiff. If the Government did provide such notice, it shall file the notice on the docket as

1

required by Local Civil Rule 56.2.  If the Government did not provide such notice, it

shall wait for further direction from the Court.

**SO ORDERED.**

DATED:    New York, New York
          July 16, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge

2