UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------- X

SHENG-WEN CHENG,

                        Plaintiff,

       - against -

DEPARTMENT OF JUSTICE and FEDERAL
BUREAU OF INVESTIGATION,

                        Defendants.

-------------------------------------------------------------------------------- X

23 Civ. 3983 (AT) (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

       The Court is in receipt of *pro se* Plaintiff's letters dated July 31, 2024 (Dkt. No. 74) and August 19, 2024 (Dkt. No. 75). In response thereto, the Court confirms that, on August 28, 2024, it received Plaintiff's brief (Dkt. No. 76) in support of his cross-motion for summary judgment (Dkt. No. 56) and in opposition to Defendants' <u>renewed</u> motion for summary judgment (Dkt. No. 69). Accordingly, the Court considers Plaintiff's prior brief in support of his cross-motion for summary judgment and in opposition to Defendants' <u>first</u> motion for summary judgment (Dkt. No. 57) moot.

       The Clerk of Court is respectfully directed to mail a copy of the docket sheet in this action to Plaintiff.

       **SO ORDERED.**

DATED:    New York, New York
               September 17, 2024

                                                                                 The Honorable Gary Stein
                                                                                 United States Magistrate Judge