UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENG-WEN CHENG,

                Plaintiff,

-against-

DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF INVESTIGATION,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2025

23 Civ. 3983 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' letter at ECF No. 97, in which they concede that their summary judgment motion at ECF No. 69 is now moot. Accordingly, Defendants' summary judgment motion is DENIED as moot. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 69 and to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: March 11, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge