UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Furtherance of the Stay of Certain

Civil Cases Pending the Restoration of

Department of Justice Funding

_____

ORDER

      On October 2, 2025, Chief Judge Swain entered an Amended Standing Order staying certain deadlines in civil cases where the Government is a party in light of the lapse in funding to the U.S. Department of Justice. *In Re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, Case No. 25-MC-433, Dkt. No. 3. Although the Amended Standing Order refers specifically to civil cases in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record, this Court extends application of the terms of the Amended Standing Order equally to civil cases in which attorneys from other executive branch agencies are counsel of record.

      It is hereby noted that the cases assigned to the undersigned that are listed below shall be treated in accordance with the terms of the Amended Standing Order. The Clerk of Court is respectfully directed to enter a copy of this Notice in each listed case.

| | | | | | |
|---|---|---|---|---|---|
| 20cv2795 | 25cv7465 | 25cv1029 | 25cv2305 | 25cv3017 | 25cv3913 |
| 24cv273  | 25cv2051 | 24cv8765 | 25cv6143 | 23cv3983 | 24cv2079 |
| 25cv7465 | 25cv5043 | 25cv7145 | 25cv6807 | 25cv1602 | 25cv2920 |
| 25cv7566 | 25cv7340 | 25cv4158 | 25cv5790 | 25cv4112 | |

**SO ORDERED.**

Dated:  New York, New York
            November 7, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge